GENERAL COURT, (E. S.) APRIL TERM, 1802.

### RICHARDSON's Lessee *vs.* PARSONS.

EJECTMENT for *Richardson's Discovery* and *Conclusion*, lying in Worcester county.

The counsel for the defendant objected to the verdict in a former suit being evidence, because the judgment was reversed for error in fact, the defendant having died before the verdict was taken; and they cited 1 *Stra.* 162. 1 *Morgan's Essays*, 94. *Gilb.* 63. *Showers Parl. Cases.*

*A verdict in a former suit where the judgment was reversed for error in fact, is not evidence in a trial on a new ejectment*

CHASE, Ch. J. The court are of opinion, that the verdict cannot be received as evidence, inasmuch as the judgment was reversed for error in fact, the defendant being dead at the time and two days before the verdict was given. The judgment being reversed on that ground, there was no legal trial or verdict in the case.

*Hammond* and *Bullitt,* for the Plaintiff.

*Martin,* (Attorney General,) and *Harper,* for the Defendant.